# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD) (SN)
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05339 (GBD) (SN)
*Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD) (SN)
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD) (SN)
*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD) (SN)
*Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD) (SN)
*Ber Barry Aron, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09376 (GBD) (SN)
*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD) (SN)
*Paul Asaro, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10460 (GBD) (SN)
*Michael Bianco, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10902 (GBD) (SN)
*Nicole Amato, et al. v. Islamic Republic of Iran*, No. 1:21-cv-10239 (GBD) (SN)

## ORDER OF PARTIAL FINAL JUDGMENTS IN THE ABOVE-CAPTIONED MATTERS, FOR LIABILITY FOR *AMATO* PLAINTIFFS, AND FOR DAMAGES FOR THE PLAINTIFFS IDENTIFIED IN EXHIBITS A AND EXHIBITS B

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibits A-1 to A-7 (collectively, "Exhibits A") and Exhibits B-1 to B-8 (collectively, "Exhibits B") to this Order through their Motion for Partial Final Judgment against the Defendant Islamic Republic of Iran ("Iran"), as to liability for all Plaintiffs named in *Nicole Amato, et al. v. Islamic Republic of Iran*, No. 1:21-cv-10239 (GBD) (SN), and as to damages for certain Plaintiffs in the above-captioned matters who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of a victim killed in the terrorist attacks on September 11, 2001, as specifically identified in attached Exhibits A, or who are each an estate of an individual who was killed in the terrorist attacks on September 11, 2001, as specifically identified in the attached Exhibits B, and the judgment by default for liability only against Iran entered as follows:

| CASE NAME | CASE NO. | DATE MOTION FOR LIABILITY WAS GRANTED | ECF NO. FOR MOTION FOR LIABILITY THAT WAS GRANTED |
|---|---|---|---|
| *Jessica DeRubbio, et al. v. Islamic Republic of Iran* | No. 1:18-cv-05306 (GBD) (SN) | 05/28/2019 | ECF No. 4563 |
| *Bakahityar Kamardinova, et al. v. Islamic Republic of Iran* | No. 1:18-cv-05339 (GBD) (SN) | 06/21/2019 | ECF No. 4596 |
| *Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran* | No. 1:18-cv-12276 (GBD) (SN) | 09/03/2019 | ECF No. 5050 |
| *Matthew Rowenhorst, et al. v. Islamic Republic of Iran* | No. 1:18-cv-12387 (GBD) (SN) | 09/03/2019 | ECF No. 5053 |
| *BNY Mellon, et al. v. Islamic Republic of Iran* | No. 1:19-cv-11767 (GBD) (SN) | 01/04/2022 | ECF No. 7522 |
| *Deborah Bodner, et al. v. Islamic Republic of Iran* | No. 1:19-cv-11776 (GBD) (SN) | 01/04/2022 | ECF No. 7522 |
| *Ber Barry Aron, et al. v. Islamic Republic of Iran* | No. 1:20-cv-09376 (GBD) (SN) | 01/04/2022 | ECF No. 7522 |
| *Jeanmarie Hargrave, et al. v. Islamic Republic of Iran* | No. 1:20-cv-09387 (GBD) (SN) | 01/04/2022 | ECF No. 7522 |
| *Paul Asaro, et al. v. Islamic Republic of Iran* | No. 1:20-cv-10460 (GBD) (SN) | 01/04/2022 | ECF No. 7522 |
| *Michael Bianco, et al. v. Islamic Republic of Iran* | No. 1:20-cv-10902 (GBD) (SN) | 01/04/2022 | ECF No. 7522 |

; together with the entire record in this case, it is hereby:

**ORDERED** that service of process was properly effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants; and it is further

**ORDERED** that the motion for judgment by default against Iran on behalf of the Plaintiffs in the above-captioned matters is **GRANTED** and **FINAL** judgments as to liability are entered in favor of all plaintiffs against Iran in the following cases:

| CASE NAME | CASE NUMBER |
|---|---|
| *Nicole Amato, et al. v. Islamic Republic of Iran* | No. 1:21-cv-10239 (GBD) (SN) |

; and it is further

**ORDERED** that partial final judgment is entered against Iran on behalf of those Plaintiffs in the above-captioned matters who are identified in the attached Exhibits A who are each a spouse, parent, child or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibits A; and it is further

**ORDERED** that Plaintiffs identified in Exhibits A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibits A; and it is further

**ORDERED** that partial final judgment is entered against Iran on behalf of the Plaintiffs in the above-captioned matters, as identified in the attached Exhibits B, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in the attached Exhibits B; and it is further

**ORDERED** that Plaintiffs identified in the attached Exhibits B are awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in the attached Exhibits B; and it is further

**ORDERED** that Plaintiffs identified in the expert reports submitted in support of the Declaration of Jerry S. Goldman, Esq. ("Goldman Declaration") (and identified in Exhibits B), are awarded economic damages as set forth in the attached Exhibits B and as supported by the expert reports and analyses tendered in conjunction with the Goldman Declaration; and it is further

**ORDERED** that Plaintiffs identified in Exhibits A and Exhibits B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is further

**ORDERED** that Plaintiffs identified in Exhibits A and Exhibits B may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue.

This Court respectfully directs the Clerk of Court to terminate the motions at ECF No. 8475 in 03-md-01570; ECF No. 231 in 18-cv-05306; ECF No. 206 in 18-cv-05339; ECF No. 159 in 18-cv-12276; ECF No. 183 in 18-cv-12387; ECF No. 132 in 19-cv-11767; ECF No. 117 in 19-cv-11776; ECF No. 122 in 20-cv-09376; ECF No. 110 in 20-cv-09387; ECF No. 109 in 20-cv-10460; ECF No. 102 in 20-cv-10902; and ECF No. 33 in 21-cv-10239.

Dated:  April 3, 2023
      New York, New York

**SO ORDERED:**

GEORGE B. DANIELS
United States District Judge

**Ex. A-1**

Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Francis | Jude | Feely | Michael | J. | Feely | | Sibling | $4,250,000.00 |
| **TOTAL** | | | | | | | | | $4,250,000.00 |

**Ex. A-2**

Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Luis | Clodoaldo | Revilla Mier | Luis | Alfredo | Revilla | Jr. | Child | $8,500,000.00 |
| 2. | Luis | Clodoaldo | Revilla Mier | Michael | Edward | Revilla | | Child | $8,500,000.00 |

**TOTAL**                                   $17,000,000.00

**Ex. A-3**

Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Shakila | | Yasmin | Nurul | | Miah | | Spouse (Deceased) | $12,500,000.00 |

**TOTAL**                                                                 $12,500,000.00

**Ex. A-4**

BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Christopher | Samuel | Epps | Geneva | | Epps | | Parent (Deceased) | $8,500,000.00 |
| **TOTAL** | | | | | | | | | $8,500,000.00 |

**Ex. A-5**

Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Terence | Augustine | McShane | Maribeth | | Eccleston | | Sibling | $4,250,000.00 |

TOTAL  $4,250,000.00

**Ex. A-6**

Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Ronald | | Milam | Effie | | Milam | | Parent | $8,500,000.00 |
| 2. | Ronald | | Milam | Steven | | Milam | | Sibling | $4,250,000.00 |
| 3. | James | Robert | Paul | Danielle | | Ridley | | Child | $8,500,000.00 |
| 4. | James | Robert | Paul | Monique | | Kerman | | Child | $8,500,000.00 |
| 5. | James | Robert | Paul | Patricia | | Paul | | Spouse | $12,500,000.00 |

**TOTAL**                                                                         **$42,250,000.00**

**Ex. A-7**

Nicole Amato, et al. v. Islamic Republic of Iran, no. 1:21-cv-10239 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Jose | Manuel | Cardona | Sasha | Isabel | Cardona | | Child | $8,500,000.00 |
| 2. | James | Edward | Cove | Ryan | John | Cove | | Child | $8,500,000.00 |
| 3. | Ada | Marie | Davis | Nolton | | Davis | Jr. | Spouse | $12,500,000.00 |
| 4. | Vincent | Francis | DiFazio | Salvatore | Paul | DiFazio | | Sibling | $4,250,000.00 |
| 5. | Vincent | Francis | DiFazio | Teresa | Ann | Kestenbaum | | Sibling | $4,250,000.00 |
| 6. | Vincent | Francis | DiFazio | Grace | Mary | Brennan | | Sibling | $4,250,000.00 |
| 7. | Margaret | Ruth | Echtermann | Dietrich | Jurgen | Echtermann | | Sibling | $4,250,000.00 |
| 8. | Margaret | Ruth | Echtermann | Heidemarie | | Echtermann-Toribio | | Sibling | $4,250,000.00 |
| 9. | William | Francis | Fallon | Brenda | Carter | Fallon | | Spouse | $12,500,000.00 |
| 10. | William | Francis | Fallon | Christopher | Carter | Fallon | | Child | $8,500,000.00 |
| 11. | William | Francis | Fallon | Patricia | Fallon | Quinlan | | Sibling | $4,250,000.00 |
| 12. | William | Francis | Fallon | Stephen | Michael | Fallon | | Sibling | $4,250,000.00 |
| 13. | William | Francis | Fallon | Donald | James | Fallon | | Sibling | $4,250,000.00 |
| 14. | William | Francis | Fallon | Peter | Barry | Fallon | | Sibling | $4,250,000.00 |

**Ex. A-7**

Nicole Amato, et al. v. Islamic Republic of Iran, no. 1:21-cv-10239 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15. | John | Joseph | Fanning | Jacqueline | Patricia | Fanning | | Child | $8,500,000.00 |
| 16. | John | Joseph | Fanning | Ryan | Joseph | Fanning | | Child | $8,500,000.00 |
| 17. | John | Joseph | Fanning | Jeremy | John | Fanning | | Child | $8,500,000.00 |
| 18. | Julio | | Fernandez | Ringo | Jonathan | Fernandez | | Child | $8,500,000.00 |
| 19. | Andrew | | Fredericks | Diane | | Fredericks | | Sibling | $4,250,000.00 |
| 20. | Andrew | | Fredericks | Nancy | Jean | Fredericks | | Sibling | $4,250,000.00 |
| 21. | Paul | Hamilton | Geier | Jessica | Lynn | Geier | | Child | $8,500,000.00 |
| 22. | Paul | Hamilton | Geier | Eleanor | | Geier | | Spouse (Deceased) | $12,500,000.00 |
| 23. | Michael | Lawrence | Hannan | Craig | John | Hannan | | Sibling | $4,250,000.00 |
| 24. | Michael | Lawrence | Hannan | Andrea | Darrow | Hannan | | Spouse | $12,500,000.00 |
| 25. | Michael | Lawrence | Hannan | Rachel | Ann | Hannan | | Child | $8,500,000.00 |
| 26. | Michael | Lawrence | Hannan | Alexandra | Darrow | Hannan | | Child | $8,500,000.00 |
| 27. | Michael | Lawrence | Hannan | Barbara | Catherine | Hannan | | Parent (Deceased) | $8,500,000.00 |
| 28. | Michael | Lawrence | Hannan | Jennifer | Anne | Muller | | Sibling | $4,250,000.00 |

Page 2 of 6

**Ex. A-7**

Nicole Amato, et al. v. Islamic Republic of Iran, no. 1:21-cv-10239 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 29. | Michael | Lawrence | Hannan | Peter | Francis | Hannan | | Sibling | $4,250,000.00 |
| 30. | Peter | Paul | Hashem | Abdo | George | Hashem | | Sibling | $4,250,000.00 |
| 31. | Peter | Paul | Hashem | Najwah | Hashem | Miceli | | Sibling | $4,250,000.00 |
| 32. | Peter | Paul | Hashem | Sabah | Mary | Hashem-Daher | | Sibling | $4,250,000.00 |
| 33. | Peter | Paul | Hashem | Najat | Hashem | Arsenault | | Sibling | $4,250,000.00 |
| 34. | Peter | Paul | Hashem | Rose | Sue | Hashem | | Sibling (Deceased) | $4,250,000.00 |
| 35. | Uhuru | | Houston | Kyra | | Houston | | Sibling | $4,250,000.00 |
| 36. | Uhuru | | Houston | Anane | | Crandon | | Sibling | $4,250,000.00 |
| 37. | Uhuru | | Houston | Efia | | Crandon | | Sibling | $4,250,000.00 |
| 38. | Uhuru | | Houston | Estella | | Crandon | | Parent (Deceased) | $8,500,000.00 |
| 39. | Thomas | Joseph | Kuveikis | Timothy | | Kuveikis | | Sibling | $4,250,000.00 |
| 40. | Michael | Joseph | Lyons | Kieran | Charles | Lyons | | Sibling | $4,250,000.00 |
| 41. | Michael | Joseph | Lyons | Mary | Michael | Lyons | | Child | $8,500,000.00 |
| 42. | Michael | Joseph | Lyons | Elaine | Cody | Lyons | | Spouse | $12,500,000.00 |

**Ex. A-7**

Nicole Amato, et al. v. Islamic Republic of Iran, no. 1:21-cv-10239 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 43. | Michael | Joseph | Lyons | Caitlyn | Rose | Lyons | | Child | $8,500,000.00 |
| 44. | Marcellus | | Matricciano | Mirella | | Matricciano | | Parent | $8,500,000.00 |
| 45. | Marcellus | | Matricciano | Umberto | | Matricciano | | Parent | $8,500,000.00 |
| 46. | Marcellus | | Matricciano | Bruno | | Matricciano | | Sibling | $4,250,000.00 |
| 47. | Marcellus | | Matricciano | Rosie | | Matricciano Vetere | | Spouse | $12,500,000.00 |
| 48. | Marcellus | | Matricciano | Nicholas | Anthony | Matricciano | | Child | $8,500,000.00 |
| 49. | Katie | Marie | McCloskey | Leslie | Anne | Faulstich | | Sibling | $4,250,000.00 |
| 50. | Katie | Marie | McCloskey | Julie | Elizabeth | Gardner | | Sibling | $4,250,000.00 |
| 51. | Vishnoo | | Ramsaroop | Nadia | | Ramsarooop | | Child | $8,500,000.00 |
| 52. | Vishnoo | | Ramsaroop | Shelly | Ann | Ramkhelawan | | Child | $8,500,000.00 |
| 53. | Vishnoo | | Ramsaroop | Michelle | | Ramsarooop | | Child | $8,500,000.00 |
| 54. | Karen | | Renda | Wesley | Allan | Gargano | | Sibling | $4,250,000.00 |
| 55. | Brooke | David | Rosenbaum | Dorothy | S. | Burke | | Parent (Deceased) | $8,500,000.00 |
| 56. | Jacquelyn | Patrice | Sanchez | Kim | | Coleman | | Parent | $8,500,000.00 |

Page 4 of 6

**Ex. A-7**

Nicole Amato, et al. v. Islamic Republic of Iran, no. 1:21-cv-10239 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 57. | Jacquelyn | Patrice | Sanchez | Michael | Lamar | Coleman | | Sibling | $4,250,000.00 |
| 58. | Jacquelyn | Patrice | Sanchez | Ericka | Christian | Brown | | Sibling | $4,250,000.00 |
| 59. | Jacquelyn | Patrice | Sanchez | Cedric | Leon | Pitt | Jr. | Child | $8,500,000.00 |
| 60. | Gerard | Patrick | Schrang | Brian | Patrick | Schrang | | Child | $8,500,000.00 |
| 61. | Gary | Francis | Smith | Ann | Louise | Smith | | Spouse | $12,500,000.00 |
| 62. | Gary | Francis | Smith | Natalie | Suzanne | Smith | | Child | $8,500,000.00 |
| 63. | Gary | Francis | Smith | Nicole | Marie | Amato | | Child | $8,500,000.00 |
| 64. | Gary | Francis | Smith | Teresa | Smith | Cheezum | | Child | $8,500,000.00 |
| 65. | Gary | Francis | Smith | Kristina | Renea | Smith | | Child | $8,500,000.00 |
| 66. | Gary | Francis | Smith | Christine | Marie | McKee | | Sibling | $4,250,000.00 |
| 67. | Gary | Francis | Smith | Mark | Douglas | Smith | | Sibling | $4,250,000.00 |
| 68. | Gary | Francis | Smith | Stephan | Gregory | Smith | | Sibling | $4,250,000.00 |
| 69. | Gary | Francis | Smith | Mason | Edward | Smith | | Sibling | $4,250,000.00 |
| 70. | Gary | Francis | Smith | Annette | | Mashburn | | Sibling | $4,250,000.00 |

**Ex. A-7**

Nicole Amato, et al. v. Islamic Republic of Iran, no. 1:21-cv-10239 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 71. | Lisa | Louise | Trerotola | Amanda | Francesca | Trerotola | | Child | $8,500,000.00 |
| 72. | Lisa | Louise | Trerotola | Michael | Leonard | Trerotola | | Child | $8,500,000.00 |
| 73. | Lisa | Louise | Trerotola | Michael | | Trerotola | | Spouse (Deceased) | $12,500,000.00 |
| 74. | Jorge | Luis | Velazquez | Yolanda | | Calderon | | Sibling | $4,250,000.00 |
| TOTAL | | | | | | | | | $508,000,000.00 |

Page 6 of 6

**Ex. B-1**

Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Edward | F. | Geraghty | | $9,505,992.00 | $2,000,000.00 | $11,505,992.00 |
| 2. | Brett | O. | Freiman | | $589,416.00 | | $589,416.00 |
| **TOTALS** | | | | | $10,095,408.00 | $2,000,000.00 | $12,095,408.00 |

**Ex. B-2**

Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Craig | | Amundson | | $3,594,016.00 | | $3,594,016.00 |
| **TOTALS** | | | | | $3,594,016.00 | | $3,594,016.00 |

Ex. B-3

BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Christopher | Samuel | Epps | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Timothy | | Haviland | | | $2,000,000.00 | $2,000,000.00 |
| **TOTALS** | | | | | | $4,000,000.00 | $4,000,000.00 |

**Ex. B-4**

Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | John | | Bocchi | . | $14,138,846.00 | | $14,138,846.00 |
| 2. | Mark | . | Broderick | | $2,709,473.00 | | $2,709,473.00 |
| 3. | Timothy | | Coughlin | | $28,092,219.00 | | $28,092,219.00 |
| | **TOTALS** | | | | $44,940,538.00 | | $44,940,538.00 |

**Ex. B-5**

Jeanmarie Hargrave, et al. v. Islamic Republic of Iran, No. 1:20-cv-09387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Maria | | Ramirez | | $1,330,163.00 | | $1,330,163.00 |
| **TOTALS** | | | | | $1,330,163.00 | | $1,330,163.00 |

**Ex. B-6**

Paul Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Renee | | Barret-Arjune | | $722,800.00 | | $722,800.00 |
| **TOTALS** | | | | | $722,800.00 | | $722,800.00 |

**Ex. B-7**

Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Allen | Patrick | Boyle | | $4,821,678.00 | $2,000,000.00 | $6,821,678.00 |
| 2. | James | | Paul | | $2,486,075.00 | $2,000,000.00 | $4,486,075.00 |
| **TOTALS** | | | | | $7,307,753.00 | $4,000,000.00 | $11,307,753.00 |

**Ex. B-8**

Nicole Amato, et al. v. Islamic Republic of Iran, no. 1:21-cv-10239 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Ada | Marie | Davis | | $1,513,068.00 | $2,000,000.00 | $3,513,068.00 |
| 2. | William | Francis | Fallon | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Michael | Lawrence | Hannan | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Harvey | Robert | Hermer | | | $2,000,000.00 | $2,000,000.00 |
| 5. | Michael | Joseph | Lyons | | $6,425,663.00 | $2,000,000.00 | $8,425,663.00 |
| 6. | Marcellus | | Matricciano | | | $2,000,000.00 | $2,000,000.00 |
| 7. | Jacquelyn | Patrice | Sanchez | | | $2,000,000.00 | $2,000,000.00 |
| 8. | Gary | Francis | Smith | | | $2,000,000.00 | $2,000,000.00 |
| 9. | Lisa | | Trerotola | | $2,315,301.00 | $2,000,000.00 | $4,315,301.00 |
| **TOTALS** | | | | | $10,254,032.00 | $18,000,000.00 | **$28,254,032.00** |