# ANDERSON KILL P.C.

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 1(
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733

www.andersonkill.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2023

<u>Via ECF</u>

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   In re Terrorist Attacks on September 11, 2001, No. 03-MDL-1570 (GBD) (SN); *Jessica DeRubbio, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD) (SN); *Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD) (SN); *Audrey Ades, et al. v. Islamic Republic of Iran*, No. 1:18-cv-07306 (GBD) (SN); *Chang Don Kim, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11870 (GBD) (SN); *Alexander Jimenez, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11875 (GBD) (SN); *Cheryl Rivelli, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11878 (GBD) (SN); *Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD) (SN); *Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD) (SN); *August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD) (SN); *Ber Barry Aron, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09376 (GBD) (SN); *Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD) (SN); *Paul Asaro, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10460 (GBD) (SN); *Michael Bianco, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10902 (GBD) (SN); *Nicole Amato, et al. v. Islamic Republic of Iran*, No. 1:21-cv-10239 (GBD) (SN); *Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD) (SN)

Dear Judge Netburn:

Today we filed a revised motion for final judgments as to liability and for partial final damages judgments against the Islamic Republic of Iran for a subset of the *O'Neill* Plaintiffs. ECF No. 9147. We respectfully request that the Court consider this motion in lieu of the motion presently pending at ECF No. 9097. The only changes in the revised motion are the inclusion of two additional 9/11 victim estates and a reference to a pending motion to substitute for one of the estates.

We thank the Court for its attention to this matter.

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100613825.1

Anderson Kill P.C.

The Honorable Sarah Netburn
June 23, 2023
Page 2

Respectfully submitted,

*/s/ Jerry Goldman*
Jerry S. Goldman, Esq.

*Attorney for the Plaintiffs*

Cc (via ECF): The Honorable George B. Daniels
All MDL Counsels of Record

---

The request is GRANTED. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 9097 in No. 03-md-01570 and the related motions at ECF No. 263 in No. 18-cv-05306; ECF No. 225 in No. 18-cv-05321; ECF No. 187 in No. 18-cv-07306; ECF No. 203 in No. 18-cv-11870; ECF No. 157 in No. 18-cv-11875; ECF No. 174 in No. 18-cv-11878; ECF No. 189 in No. 18-cv-12276; ECF No. 230 in No. 18-cv-12277; ECF No. 161 in No. 19-cv-11865; ECF No. 152 in No. 20-cv-09376; ECF No. 137 in No. 20-cv-09387; ECF No. 139 in No. 20-cv-10460; ECF No. 131 in No. 20-cv-10902; ECF No. 67 in No. 21-cv-10239; ECF No. 41 in No. 22-cv-05193.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: June 28, 2023
New York, New York

---

docs-100613825.1