## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, No. 1:04-cv-01076 (GBD)(SN)
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investments & Development Corp., et al.*, No. 1:04- cv-01923 (GBD)(SN)
*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD)(SN)
*Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN)
*Celestine Kone, et al. v. Islamic Republic of Iran*, No. 1:23-cv-05790 (GBD)(SN)

### MOTION TO SUBSTITUTE PARTIES PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above referenced actions. The individuals being substituted into the case are the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001 and an immediate relative of a 9/11 decedent.

Exhibit A identifies the individuals to be substituted in the pleadings, including the capacity in which they seek to be substituted, state of residency at the time the complaint was filed, the existing pleading that refers to the plaintiff, and the decedent of which the plaintiff is the Personal Representative.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and the size of this MDL.

2

Dated: November 1, 2024

                                    */s/ Jerry S. Goldman*
                                    Jerry S. Goldman, Esq.
                                    Bruce E. Strong, Esq.
                                    Alexander Greene, Esq.
                                    ANDERSON KILL P.C.
                                    1251 Avenue of the Americas
                                    New York, NY 10020
                                    Tel: (212) 278-1000
                                    Fax: (212) 278-1733
                                    Email: jgoldman@andersonkill.com
                                                   bstrong@andersonkill.com
                                                   agreene@andersonkill.com

**EXHIBIT A to Motion to Substitute Party**

|   | Previous Personal Representative: | Case Number: | Substituted Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | Decedent's Name: |
|---|---|---|---|---|---|
| 1. | John Doe 88, being intended to designate the Personal Representative of the Estate of Vanessa Lang Langer, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Vanessa Lang Langer | No. 1:04-cv-01076 (GBD)(SN); No. 1:20-cv-09387 (GBD)(SN) | Public Administrator of Westchester County, as Personal Representative of the Estate of Vanessa Lang Langer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vanessa Lang Langer | NY | Vanessa Lang Langer |

docs-100720759.1

| 2. | Russ F. Jellinek, Esq., as the Personal Representative of the Estate of Vanessa Lang Langer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vanessa Lang Langer | No. 1:04- cv-01923 (GBD)(SN) | Public Administrator of Westchester County, as Personal Representative of the Estate of Vanessa Lang Langer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vanessa Lang Langer | NY | Vanessa Lang Langer |
| 3. | Russ F. Jellinek, Esq. as Personal Representative of the Estate of Timothy Langer, deceased, the late spouse of Vanessa Lang Langer | No. 1:04- cv-01923 (GBD)(SN); No. 1:23-cv-05790 (GBD)(SN) | Public Administrator of Westchester County, as Personal Representative of the Estate of Timothy Langer, deceased, the late spouse of Vanessa Lang Langer | NY | Vanessa Lang Langer |

4

docs-100720759.1

| | | | | | |
|---|---|---|---|---|---|
| 4. | John Doe 130, being intended to designate the Personal Representative of the Estate of Rosemarie Carlson, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Rosemarie C. Carlson | No. 1:04-cv-01076 (GBD)(SN); No. 1:04-cv-01923 (GBD)(SN); No. 1:22-cv-05193 (GBD)(SN) | Public Administrator of Kings County, as Personal Representative of the Estate of Rosemarie C. Carlson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rosemarie C. Carlson | NY | Rosemarie C. Carlson |

5